Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  17−28439−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher Danielson
   848 Sunrise Blvd
   Forked River, NJ 08731−3021

Social Security No.:
   xxx−xx−7940

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     4/4/18
Time:     12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Debtor's Attorney

COMMISSION OR FEES
$4,000.00

EXPENSES
$400.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 15, 2018
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher Danielson  
    Debtor

Case No. 17-28439-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2        Date Rcvd: Mar 15, 2018  
                       Form ID: 137       Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.

```
db             Christopher Danielson,    848 Sunrise Blvd,    Forked River, NJ   08731-3021
517242378      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517061016      Amex,    PO Box 297871,    Fort Lauderdale, FL   33329-7871
517061015      Amex,    Correspondence,    PO Box 981540,    El Paso, TX   79998-1540
517061018     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bankamerica,    PO Box 982238,    El Paso, TX   79998-2238)
517185806      Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517061017     #Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC   27420-6012
517182980     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517061019      Bk of Amer,    4909 Savarese Cir,    Tampa, FL   33634-2413
517061021     +Bmw Bank of North Amer,    2735 E Parleys Way Ste,    Salt Lake City, UT 84109-1666
517061024      Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT   84130-0285
517173927      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517061027      Chase Card,    PO Box 15298,    Wilmington, DE   19850-5298
517061026      Chase Card,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE   19850-5298
517061028      Citi,    PO Box 6190,    Sioux Falls, SD   57117-6190
517061029      Citi,    PO Box 6241,    Sioux Falls, SD   57117-6241
517061030      Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,    Louis, MO   63129
517215479      Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA   98083-0280
517061031      Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                 Louis, MO   63129
517061032      Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                 Saint Louis, MO   63179-0040
517061034     +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd MSC RJW-135,    Warwick, RI 02886-1321
517061033     +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
517061035      Citizens One Auto Fin,    480 Jefferson Blvd,    Warwick, RI   02886-1359
517061036     +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
517061037      Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    PO Box 790040,
                 Saint Louis, MO   63179-0040
517282612     +Greensky, LLC,    POB 530584,    Atlanta, GA 30353-0584
517061044      Midlandstatesbk/greens,    1797 Northeast Expy NE,    Brookhaven, GA   30329-7803
517061045      Mortgage Service Cente,    Attn: Bankruptcy Dept,    PO Box 5452,    Mount Laurel, NJ   08054-5452
517061046      Nationwide Credit, Inc,    PO Box 14581,    Des Moines, IA   50306-3581
517061049     +Phh Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
517061051      Sunnova Asset Portfoli 5, LLC,    20 Greenway Plz Ste 475,    Houston, TX   77046-2011
517061054      Thd/Cbna,    PO Box 6497,    Sioux Falls, SD   57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2018 23:18:10      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2018 23:18:06      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517068091     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 15 2018 23:20:53
                 BMW Bank of North America Department,    Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
517061022      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 15 2018 23:20:22      Bmw Financial Services,
                 Attn: Bankruptcy Department,    PO Box 3608,    Dublin, OH   43016-0306
517061023      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 15 2018 23:20:22      Bmw Financial Services,
                 PO Box 3608,    Dublin, OH   43016-0306
517080158      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 15 2018 23:20:20
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH   43016
517068118      E-mail/Text: mrdiscen@discover.com Mar 15 2018 23:17:17      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
517061038      E-mail/Text: mrdiscen@discover.com Mar 15 2018 23:17:17      Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE   19850-5316
517061039      E-mail/Text: mrdiscen@discover.com Mar 15 2018 23:17:17      Discover Financial,    PO Box 3025,
                 New Albany, OH   43054-3025
517061040      E-mail/Text: bnckohlsnotices@becket-lee.com Mar 15 2018 23:17:25      Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI   53201-3043
517061041     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 15 2018 23:17:25      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517061042      E-mail/Text: camanagement@mtb.com Mar 15 2018 23:17:48      M & T Bank,    PO Box 844,
                 Buffalo, NY   14240-0844
517061043      E-mail/Text: camanagement@mtb.com Mar 15 2018 23:17:48      M & T Bank,    PO Box 900,
                 Millsboro, DE   19966-0900
517115856      E-mail/Text: camanagement@mtb.com Mar 15 2018 23:17:48      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517061047      E-mail/PDF: pa_dc_claims@navient.com Mar 15 2018 23:20:18      Navient,    PO Box 9500,
                 Wilkes Barre, PA   18773-9500
517061048      E-mail/PDF: pa_dc_claims@navient.com Mar 15 2018 23:20:17      Navient,    Attn: Bankruptcy,
                 PO Box 9500,    Wilkes Barre, PA   18773-9500
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Mar 15, 2018
                              Form ID: 137             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517182518      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2018 23:21:34
                Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                Norfolk VA 23541
517061050      E-mail/Text: admin@paypps.com Mar 15 2018 23:19:06      Professional Placement Services,
                PO Box 612,   Milwaukee, WI  53201-0612
517061052      E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 23:20:48      Syncb/Old Navy,   PO Box 965005,
                Orlando, FL  32896-5005
517061053      E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 23:20:05      Synchrony Bank/ Old Navy,
                Attn: Bankruptcy,   PO Box 956060,   Orlando, FL  32896-5060
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517061020*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
517061025     ##+Capital One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
```
              Albert     Russo     docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Christopher   Danielson bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;bkclient@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 5
```