UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08753
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

Order Filed on April 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Danielson, Christopher

| | |
|---|---|
| Case No.: | 17-28439 |
| Hearing Date: | 4/4/18 @ 12:00 pm |
| Judge: | CMG |
| Chapter: | 13 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 5, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Straffi & Straffi, LLC | $4,000.00 | $400.00 |

$4,000.00 of fees to be paid outside of plan
$400.00 for expenses to be paid outside of plan

*rev.8/1/15*