UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08753
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

In Re:

Danielson, Christopher

| | |
|---|---|
| Case No.: | 17-28439 |
| Hearing Date: | 4/4/18 @ 12:00 pm |
| Judge: | CMG |
| Chapter: | 13 |

**Order Filed on April 5, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

........

**DATED: April 5, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Straffi & Straffi, LLC | $4,000.00 | $400.00 |

$4,000.00 of fees to be paid outside of plan
$400.00 for expenses to be paid outside of plan

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Christopher Danielson
    Debtor

Case No. 17-28439-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 05, 2018
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
db             Christopher Danielson,   848 Sunrise Blvd,   Forked River, NJ  08731-3021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
       Albert  Russo   docs@russotrustee.com
       Daniel E. Straffi   on behalf of Debtor Christopher  Danielson bktrustee@straffilaw.com,
     G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
       Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
       Rebecca Ann Solarz   on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
       U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                    TOTAL: 5