| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Christopher Danielson<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–7940 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    9/11/17 |
| Case number: | 17–28439–CMG | Date case converted to chapter: | 7    5/7/18 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher Danielson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 848 Sunrise Blvd<br>Forked River, NJ 08731–3021 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800 |
| 5. | **Bankruptcy trustee**<br>Name and address | John Michael McDonnell<br>McDonnell Crowley, LLC<br>115 Maple Ave<br>Suite 201<br>Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 5/9/18 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 11, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 8/10/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 17-28439-CMG
Christopher Danielson                                                   Chapter 7
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 2                   Date Rcvd: May 09, 2018
                              Form ID: 309A                 Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2018.
db             Christopher Danielson,    848 Sunrise Blvd,    Forked River, NJ 08731-3021
517182980     +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
517061019      Bk of Amer,    4909 Savarese Cir,   Tampa, FL 33634-2413
517061021     +Bmw Bank of North Amer,    2735 E Parleys Way Ste,    Salt Lake City, UT 84109-1666
517061028      Citi,   PO Box 6190,    Sioux Falls, SD 57117-6190
517061030      Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,    Louis, MO 63129
517215479      Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
517061031      Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                Louis, MO 63129
517061032      Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                Saint Louis, MO 63179-0040
517061034     +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd MSC RJW-135,    Warwick, RI 02886-1321
517061033     +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
517061035      Citizens One Auto Fin,    480 Jefferson Blvd,    Warwick, RI 02886-1359
517061036     +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
517061037      Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    PO Box 790040,
                Saint Louis, MO 63179-0040
517282612     +Greensky, LLC,    POB 530584,   Atlanta, GA 30353-0584
517061044      Midlandstatesbk/greens,    1797 Northeast Expy NE,    Brookhaven, GA 30329-7803
517061045      Mortgage Service Cente,    Attn: Bankruptcy Dept,    PO Box 5452,    Mount Laurel, NJ 08054-5452
517061046      Nationwide Credit, Inc,    PO Box 14581,    Des Moines, IA 50306-3581
517061049     +Phh Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
517061051      Sunnova Asset Portfoli 5, LLC,    20 Greenway Plz Ste 475,    Houston, TX 77046-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: bkclient@straffilaw.com May 10 2018 01:20:31      Daniel E. Straffi,
                Straffi & Straffi, LLC,    670 Commons Way,    Toms River, NJ 08755
tr            +EDI: BJMMCDONNELLIII.COM May 10 2018 02:43:00      John Michael McDonnell,
                McDonnell Crowley, LLC,    115 Maple Ave,    Suite 201,    Red Bank, NJ 07701-1753
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 10 2018 01:21:27      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 01:21:24      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517242378      EDI: BECKLEE.COM May 10 2018 02:43:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
517061015      EDI: AMEREXPR.COM May 10 2018 02:43:00      Amex,    Correspondence,    PO Box 981540,
                El Paso, TX 79998-1540
517061016      EDI: AMEREXPR.COM May 10 2018 02:43:00      Amex,    PO Box 297871,
                Fort Lauderdale, FL 33329-7871
517061018      EDI: BANKAMER.COM May 10 2018 02:43:00      Bankamerica,    PO Box 982238,
                El Paso, TX 79998-2238
517061020      EDI: BANKAMER.COM May 10 2018 02:43:00      Bk of Amer,    PO Box 982238,
                El Paso, TX 79998-2238
517068091     +EDI: AISACG.COM May 10 2018 02:43:00      BMW Bank of North America Department,
                Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
517080158      EDI: BMW.COM May 10 2018 02:43:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                Dublin, OH 43016
517061022      EDI: BMW.COM May 10 2018 02:43:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                PO Box 3608,    Dublin, OH 43016-0306
517061023      EDI: BMW.COM May 10 2018 02:43:00      Bmw Financial Services,    PO Box 3608,
                Dublin, OH 43016-0306
517185806      EDI: BANKAMER.COM May 10 2018 02:43:00      Bank Of America, N.A.,    PO BOX 31785,
                Tampa, FL 33631-3785
517061017      EDI: BANKAMER.COM May 10 2018 02:43:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
                Greensboro, NC 27420-6012
517061024      EDI: CAPITALONE.COM May 10 2018 02:43:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517061025     +EDI: CAPITALONE.COM May 10 2018 02:43:00      Capital One,    26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3438
517173927      EDI: BL-BECKET.COM May 10 2018 02:43:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
517061026      EDI: CHASE.COM May 10 2018 02:43:00      Chase Card,    Attn: Correspondence Dept,    PO Box 15298,
                Wilmington, DE 19850-5298
517061027      EDI: CHASE.COM May 10 2018 02:43:00      Chase Card,    PO Box 15298,
                Wilmington, DE 19850-5298
517061029      EDI: CITICORP.COM May 10 2018 02:43:00      Citi,    PO Box 6241,   Sioux Falls, SD 57117-6241
517068118      EDI: DISCOVER.COM May 10 2018 02:43:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
517061038      EDI: DISCOVER.COM May 10 2018 02:43:00      Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
517061039      EDI: DISCOVER.COM May 10 2018 02:43:00      Discover Financial,    PO Box 3025,
                New Albany, OH 43054-3025
517061040      EDI: CBSKOHLS.COM May 10 2018 02:43:00      Kohls/Capital One,    Kohls Credit,    PO Box 3043,
                Milwaukee, WI 53201-3043
```

```
District/off: 0312-3          User: admin               Page 2 of 2             Date Rcvd: May 09, 2018
                              Form ID: 309A             Total Noticed: 56


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517061041       +EDI: CBSKOHLS.COM May 10 2018 02:43:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
517061042        E-mail/Text: camanagement@mtb.com May 10 2018 01:21:13      M & T Bank,   PO Box 844,
                 Buffalo, NY 14240-0844
517061043        E-mail/Text: camanagement@mtb.com May 10 2018 01:21:13      M & T Bank,   PO Box 900,
                 Millsboro, DE 19966-0900
517115856        E-mail/Text: camanagement@mtb.com May 10 2018 01:21:13      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
517061047        EDI: NAVIENTFKASMSERV.COM May 10 2018 02:43:00      Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517061048        EDI: NAVIENTFKASMSERV.COM May 10 2018 02:43:00      Navient,   Attn: Bankruptcy,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
517182518        EDI: PRA.COM May 10 2018 02:43:00     Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,   Norfolk VA 23541
517061050        E-mail/Text: admin@paypps.com May 10 2018 01:22:02      Professional Placement Services,
                 PO Box 612,   Milwaukee, WI 53201-0612
517061052        EDI: RMSC.COM May 10 2018 02:43:00     Syncb/Old Navy,    PO Box 965005,
                 Orlando, FL 32896-5005
517061053        EDI: RMSC.COM May 10 2018 02:43:00     Synchrony Bank/ Old Navy,   Attn: Bankruptcy,
                 PO Box 956060,   Orlando, FL 32896-5060
517061054        EDI: CITICORP.COM May 10 2018 02:43:00      Thd/Cbna,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 36

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
          Daniel E Straffi     bktrustee@straffilaw.com, dstraffi@ecf.epiqsystems.com
          Daniel E. Straffi     on behalf of Debtor Christopher  Danielson bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;bkclient@straffilaw.com;familyclient@straffilaw.com
          Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Michael McDonnell     jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com
          Rebecca Ann Solarz     on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```