UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Christopher Danielson,

Case No.: 17-28439
Chapter: 7
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

On 6/29/18, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on July 31, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 848 Sunrise Blvd., Forked River, NJ - $200,000

Liens on property: $260,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Avenue - Red Bank, NJ, 07701
Telephone No.: 732 383 7233

*rev.8/1/15*

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-28439-CMG
Christopher Danielson                                           Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2       Date Rcvd: Jul 02, 2018
                              Form ID: pdf905          Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db              Christopher Danielson,    848 Sunrise Blvd,    Forked River, NJ   08731-3021
517242378       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517061016       Amex,    PO Box 297871,    Fort Lauderdale, FL   33329-7871
517061015       Amex,    Correspondence,    PO Box 981540,    El Paso, TX   79998-1540
517061018      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bankamerica,    PO Box 982238,    El Paso, TX   79998-2238)
517185806       Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517182980      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX  79998-2284
517061019       Bk of Amer,    4909 Savarese Cir,    Tampa, FL  33634-2413
517061021      +Bmw Bank of North Amer,    2735 E Parleys Way Ste,    Salt Lake City, UT 84109-1666
517173927       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517061027       Chase Card,    PO Box 15298,    Wilmington, DE  19850-5298
517061026       Chase Card,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE  19850-5298
517061029       Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
517061028       Citi,    PO Box 6190,    Sioux Falls, SD  57117-6190
517061030       Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,    Louis, MO  63129
517215479       Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA  98083-0280
517061031       Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                 Louis, MO  63129
517061032       Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                 Saint Louis, MO  63179-0040
517061034      +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd MSC RJW-135,    Warwick, RI 02886-1321
517061033      +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
517061035       Citizens One Auto Fin,    480 Jefferson Blvd,    Warwick, RI  02886-1359
517061036      +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
517061037       Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    PO Box 790040,
                 Saint Louis, MO  63179-0040
517282612      +Greensky, LLC,    POB 530584,    Atlanta, GA 30353-0584
517061044       Midlandstatesbk/greens,    1797 Northeast Expy NE,    Brookhaven, GA  30329-7803
517061045       Mortgage Service Cente,    Attn: Bankruptcy Dept,    PO Box 5452,    Mount Laurel, NJ  08054-5452
517061046       Nationwide Credit, Inc,    PO Box 14581,    Des Moines, IA  50306-3581
517061049      +Phh Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
517061051       Sunnova Asset Portfoli 5, LLC,    20 Greenway Plz Ste 475,    Houston, TX  77046-2011
517061054       Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              E-mail/Text: bnc@russotrustee.com Jul 03 2018 00:31:49     Albert Russo,
                 Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ  08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2018 00:30:38     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2018 00:30:33     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517068091      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 03 2018 00:35:36
                 BMW Bank of North America Department,    Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
517061022       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 03 2018 00:35:05     Bmw Financial Services,
                 Attn: Bankruptcy Department,    PO Box 3608,    Dublin, OH  43016-0306
517061023       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 03 2018 00:35:09     Bmw Financial Services,
                 PO Box 3608,    Dublin, OH  43016-0306
517080158       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 03 2018 00:35:37
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
517061024       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2018 00:35:27     Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
517061025      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2018 00:35:56     Capital One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
517068118       E-mail/Text: mrdiscen@discover.com Jul 03 2018 00:29:34     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517061038       E-mail/Text: mrdiscen@discover.com Jul 03 2018 00:29:34     Discover Fin Svcs LLC,
                 PO Box 15316,    Wilmington, DE  19850-5316
517061039       E-mail/Text: mrdiscen@discover.com Jul 03 2018 00:29:34     Discover Financial,   PO Box 3025,
                 New Albany, OH  43054-3025
517061040       E-mail/Text: bnckohlsnotices@becket-lee.com Jul 03 2018 00:29:39     Kohls/Capital One,
                 Kohls Credit,    PO Box 3043,    Milwaukee, WI  53201-3043
517061041      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 03 2018 00:29:39     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
517061042       E-mail/Text: camanagement@mtb.com Jul 03 2018 00:30:06     M & T Bank,    PO Box 844,
                 Buffalo, NY  14240-0844
517061043       E-mail/Text: camanagement@mtb.com Jul 03 2018 00:30:06     M & T Bank,    PO Box 900,
                 Millsboro, DE  19966-0900
517115856       E-mail/Text: camanagement@mtb.com Jul 03 2018 00:30:06     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jul 02, 2018
                              Form ID: pdf905          Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517061047       E-mail/PDF: pa_dc_claims@navient.com Jul 03 2018 00:35:33      Navient,    PO Box 9500,
                 Wilkes Barre, PA  18773-9500
517061048       E-mail/PDF: pa_dc_claims@navient.com Jul 03 2018 00:36:03      Navient,    Attn: Bankruptcy,
                 PO Box 9500,    Wilkes Barre, PA  18773-9500
517182518       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2018 00:35:59
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
517061050       E-mail/Text: admin@paypps.com Jul 03 2018 00:31:24      Professional Placement Services,
                 PO Box 612,    Milwaukee, WI  53201-0612
517061052       E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2018 00:34:48      Syncb/Old Navy,    PO Box 965005,
                 Orlando, FL  32896-5005
517061053       E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2018 00:35:17      Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    PO Box 956060,    Orlando, FL  32896-5060
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517061020*     ++BANK OF AMERICA,    PO BOX 982238,     EL PASO TX 79998-2238
                (address filed with court: Bk of Amer,     PO Box 982238,    El Paso, TX  79998-2238)
517061017      ##Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC  27420-6012
                                                                                     TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi     on behalf of Debtor Christopher   Danielson bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Rebecca Ann Solarz     on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```