**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christopher Danielson | Social Security number or ITIN  xxx–xx–7940 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–28439–CMG | |

## Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher Danielson

8/9/18                                                                               **By the court:** <u>Christine M. Gravelle</u>
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Christopher Danielson
    Debtor

Case No. 17-28439-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Aug 09, 2018
     Form ID: 318      Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.

```
db              Christopher Danielson,    848 Sunrise Blvd,    Forked River, NJ  08731-3021
517182980      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517061019       Bk of Amer,    4909 Savarese Cir,    Tampa, FL  33634-2413
517061021      +Bmw Bank of North Amer,    2735 E Parleys Way Ste,    Salt Lake City, UT 84109-1666
517061028       Citi,    PO Box 6190,    Sioux Falls, SD  57117-6190
517061030       Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,    Louis, MO  63129
517215479       Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA  98083-0280
517061031       Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                 Louis, MO  63129
517061032       Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    PO Box 790040,
                 Saint Louis, MO  63179-0040
517061034      +Citizens Bank,    Attn: Bankruptcy,    443 Jefferson Blvd MSC RJW-135,    Warwick, RI 02886-1321
517061033      +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
517061035       Citizens One Auto Fin,    480 Jefferson Blvd,    Warwick, RI  02886-1359
517061036      +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
517061037       Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    PO Box 790040,
                 Saint Louis, MO  63179-0040
517282612      +Greensky, LLC,    POB 530584,    Atlanta, GA 30353-0584
517061044       Midlandstatesbk/greens,    1797 Northeast Expy NE,    Brookhaven, GA  30329-7803
517061045       Mortgage Service Cente,    Attn: Bankruptcy Dept,    PO Box 5452,    Mount Laurel, NJ  08054-5452
517061046       Nationwide Credit, Inc,    PO Box 14581,    Des Moines, IA  50306-3581
517061049      +Phh Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
517061051       Sunnova Asset Portfoli 5, LLC,    20 Greenway Plz Ste 475,    Houston, TX  77046-2011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr              E-mail/Text: bnc@russotrustee.com Aug 09 2018 22:53:10      Albert Russo,
                 Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ  08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2018 22:52:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2018 22:52:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517242378       EDI: BECKLEE.COM Aug 10 2018 02:18:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517061015       EDI: AMEREXPR.COM Aug 10 2018 02:18:00      Amex,    Correspondence,    PO Box 981540,
                 El Paso, TX  79998-1540
517061016       EDI: AMEREXPR.COM Aug 10 2018 02:18:00      Amex,    PO Box 297871,
                 Fort Lauderdale, FL  33329-7871
517061018       EDI: BANKAMER.COM Aug 10 2018 02:18:00      Bankamerica,    PO Box 982238,
                 El Paso, TX  79998-2238
517061020       EDI: BANKAMER.COM Aug 10 2018 02:18:00      Bk of Amer,    PO Box 982238,
                 El Paso, TX  79998-2238
517068091      +EDI: AISACG.COM Aug 10 2018 02:18:00      BMW Bank of North America,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517061022       EDI: BMW.COM Aug 10 2018 02:18:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                 PO Box 3608,    Dublin, OH  43016-0306
517061023       EDI: BMW.COM Aug 10 2018 02:18:00      Bmw Financial Services,    PO Box 3608,
                 Dublin, OH  43016-0306
517080158       EDI: BMW.COM Aug 10 2018 02:18:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                 Dublin, OH  43016
517185806       EDI: BANKAMER.COM Aug 10 2018 02:18:00      Bank Of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
517061017       EDI: BANKAMER.COM Aug 10 2018 02:18:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
                 Greensboro, NC  27420-6012
517061024       EDI: CAPITALONE.COM Aug 10 2018 02:18:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT  84130-0285
517061025      +EDI: CAPITALONE.COM Aug 10 2018 02:18:00      Capital One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3438
517173927       EDI: BL-BECKET.COM Aug 10 2018 02:18:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517061026       EDI: CHASE.COM Aug 10 2018 02:18:00      Chase Card,    Attn: Correspondence Dept,    PO Box 15298,
                 Wilmington, DE  19850-5298
517061027       EDI: CHASE.COM Aug 10 2018 02:18:00      Chase Card,    PO Box 15298,
                 Wilmington, DE  19850-5298
517061029       EDI: CITICORP.COM Aug 10 2018 02:18:00      Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
517068118       EDI: DISCOVER.COM Aug 10 2018 02:18:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517061038       EDI: DISCOVER.COM Aug 10 2018 02:18:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE  19850-5316
517061039       EDI: DISCOVER.COM Aug 10 2018 02:18:00      Discover Financial,    PO Box 3025,
                 New Albany, OH  43054-3025
517061040       EDI: CBSKOHLS.COM Aug 10 2018 02:18:00      Kohls/Capital One,    Kohls Credit,    PO Box 3043,
                 Milwaukee, WI  53201-3043
517061041      +EDI: CBSKOHLS.COM Aug 10 2018 02:18:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 09, 2018
                              Form ID: 318             Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517061042      E-mail/Text: camanagement@mtb.com Aug 09 2018 22:51:38      M & T Bank,    PO Box 844,
                Buffalo, NY 14240-0844
517061043      E-mail/Text: camanagement@mtb.com Aug 09 2018 22:51:38      M & T Bank,    PO Box 900,
                Millsboro, DE 19966-0900
517115856      E-mail/Text: camanagement@mtb.com Aug 09 2018 22:51:38      M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240-1288
517061047      EDI: NAVIENTFKASMSERV.COM Aug 10 2018 02:18:00      Navient,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
517061048      EDI: NAVIENTFKASMSERV.COM Aug 10 2018 02:18:00      Navient,    Attn: Bankruptcy,   PO Box 9500,
                Wilkes Barre, PA 18773-9500
517182518      EDI: PRA.COM Aug 10 2018 02:18:00      Portfolio Recovery Associates, LLC,
                c/o The Home Depot Consumer,    POB 41067,    Norfolk VA 23541
517061050      E-mail/Text: admin@paypps.com Aug 09 2018 22:52:49      Professional Placement Services,
                PO Box 612,    Milwaukee, WI 53201-0612
517061052      EDI: RMSC.COM Aug 10 2018 02:18:00      Syncb/Old Navy,    PO Box 965005,
                Orlando, FL 32896-5005
517061053      EDI: RMSC.COM Aug 10 2018 02:18:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                PO Box 956060,    Orlando, FL 32896-5060
517061054      EDI: CITICORP.COM Aug 10 2018 02:18:00      Thd/Cbna,    PO Box 6497,
                Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 35

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Daniel E. Straffi    on behalf of Debtor Christopher   Danielson bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```